| | *Williams Farms LLC, et al v. Syngenta AG, et al (E.D. Tex.)* <br> *EXHIBIT A* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **ENTITY/INDIVIDUAL** | **TYPE** | **CITY** | **STATE** | ***DISTRICT COURT*** | ***2013 Corn Acreage Planted*** | ***2014 Corn Acreage Planted*** | ***2015 Corn Acreage Planted*** |
| 1 | Williams Farms LLC | LLC | Panhandle | TX | ND | 633 | 1534 | 1700 |
| 2 | Robert Volker | Sole Proprietorship | Dallas | TX | ND | 60 | 78 | 98 |
| 3 | Cyrus Stearns | Sole Proprietorship | Georgetown | TX | WD | 120 | 85 | 0 |
| 4 | Bevel Farms LLC | LLC | Albertville | AL | ND | 86 | 161 | 106 |
| 5 | Bennett Ag Co. | Partnership | Holly Grove | AR | ED | 425.08 | 258.73 | 0.00 |
| 6 | Brent & Jessie Relyea Farms | Joint Venture | DeWitt | AR | ED | 170 | 0 | 0 |
| 7 | Jerry & Terry Stroud d/b/a Stroud Farms | Sole Proprietorship | Conway | AR | ED | 66 | 0 | 66 |
| 8 | Pace Farms | Partnership | Wabbaseka | AR | ED | 176 | 70 | 0 |
| 9 | Phillip Jackson, II | Sole Proprietorship | Holly Grove | AR | ED | 405 | 246 | 580 |
| 10 | John Galhandro d/b/a Galhandro Ag | Sole Proprietorship | Lemoore | CA | ED | 225 | 0 | 0 |
| 11 | Verhoeff Farms Inc | Corporation | McClave | CO | CO | 184 | 142 | 256 |
| 12 | S & H Farm | Partnership | Ft. Gaines | GA | MD | 496 | 443 | 0 |
| 13 | Brian Schechinger | Sole Proprietorship | Manilla | IA | ND | 370 | 378 | 370 |
| 14 | Daniel & Marjorie Schoon | Partnership | Whittemore | IA | ND | 60 | 60 | 60 |
| 15 | Darvin Schnell | Sole Proprietorship | Estherville | IA | ND | 146 | 75 | 0 |
| 16 | Dennis Johnson | Sole Proprietorship | Jolley | IA | ND | 236 | 287 | 236 |
| 17 | Gary Humes | Sole Proprietorship | Independence | IA | ND | 194 | 200 | 184 |
| 18 | Jerome Sass | Sole Proprietorship | Luana | IA | ND | 208 | 247 | 221 |
| 19 | Justin Plathe | Sole Proprietorship | Remsen | IA | ND | 144.00 | 146.00 | 144.00 |
| 20 | Kyle Ulferts | Sole Proprietorship | Anamosa | IA | ND | 343 | 360 | 312 |
| 21 | Larry Bell | Sole Proprietorship | Garner | IA | ND | 31 | 43 | 31 |
| 22 | Matthew Irwin | Sole Proprietorship | Pierson | IA | ND | 43 | 43 | 0 |
| 23 | Paul Wilberding | Sole Proprietorship | Marcus | IA | ND | 140 | 146 | 139 |
| 24 | Raymond & Jerry Miller | Partnership | Emmetsburg | IA | ND | 44 | 71 | 44 |
| 25 | Robert Ernst | Sole Proprietorship | Le Mars | IA | ND | 46 | 26 | 46 |
| 26 | Robert Ptacek | Sole Proprietorship | Elma | IA | ND | 60 | 55 | 60 |
| 27 | Rod Merley Farms Inc | Corporation | Sheldon | IA | ND | 98.00 | 82.00 | 68.00 |
| 28 | Steven Weepie | Sole Proprietorship | Fairbank | IA | ND | 143 | 118 | 94 |
| 29 | William Strein | Sole Proprietorship | Castalia | IA | ND | 78 | 83 | 60 |
| 30 | Bob Grout | Sole Proprietorship | Kalona | IA | SD | 80 | 65 | 80 |
| 31 | David Kirby | Sole Proprietorship | DeWitt | IA | SD | 97 | 0 | 100 |
| 32 | Gary Evans | Sole Proprietorship | Lone Tree | IA | SD | 50 | 0 | 50 |
| 33 | Graybill Valley Family Farms LLC | LLC | Council Bluffs | IA | SD | 70 | 62 | 66 |
| 34 | J & G Schnoebelen Farms LLC | LLC | Iowa City | IA | SD | 217 | 300 | 243 |
| 35 | Larry Skelton | Sole Proprietorship | Fontanelle | IA | SD | 101 | 123 | 101 |
| 36 | Leo Veldhuizen | Sole Proprietorship | Albia | IA | SD | 63 | 62 | 60 |
| 37 | Russell Brink | Sole Proprietorship | Farragut | IA | SD | 55 | 53 | 55 |
| 38 | Wendell Zimmerman | Sole Proprietorship | Greenfield | IA | SD | 31 | 0 | 31 |
| 39 | Douglas Thorson | Sole Proprietorship | Buhl | ID | ID | 157 | 35 | 143 |
| 40 | Richard Jagels | Sole Proprietorship | Buhl | ID | ID | 61 | 49 | 61 |
| 41 | Avery David | Partnership | Carthage | IL | CD | 58 | 55 | 58 |
| 42 | Caleb Covert | Sole Proprietorship | Biggsville | IL | CD | 75 | 57 | 188 |
| 43 | David Courson | Sole Proprietorship | Galesburg | IL | CD | 35 | 20 | 34 |
| 44 | Delmar Bell | Sole Proprietorship | Paris | IL | CD | 169 | 157 | 143 |
| 45 | FKA:HEG Trust 2010 | Sole Proprietorship | Mahomet | IL | CD | 80.00 | 0.00 | 0.00 |
| 46 | Fletcher H. Blackburn | Partnership | Roodhouse | IL | CD | 67 | 50 | 80 |
| 47 | George Fight | Sole Proprietorship | Odell | IL | CD | 32 | 34 | 32 |
| 48 | Goddard Farm | Partnership | Bloomington | IL | CD | 40 | 145 | 109 |
| 49 | Hanley Guy | Sole Proprietorship | Clifton | IL | CD | 0.00 | 123.00 | 0.00 |
| 50 | James Covert | Sole Proprietorship | Biggsville | IL | CD | 314 | 277 | 310 |
| 51 | Jeffrey Jensen | Sole Proprietorship | Chebanse | IL | CD | 224 | 173 | 224 |

| | ENTITY/INDIVIDUAL | TYPE | CITY | STATE | DISTRICT COURT | 2013 Corn Acreage Planted | 2014 Corn Acreage Planted | 2015 Corn Acreage Planted |
|---|---|---|---|---|---|---|---|---|
| 52 | Jeremy A. Climer | Partnership | Carthage | IL | CD | 58 | 55 | 58 |
| 53 | Kevin Wollbrink | Sole Proprietorship | Warsaw | IL | CD | 219.80 | 243.72 | 174.65 |
| 54 | Leahy Bennett | Sole Proprietorship | Pleasant Plains | IL | CD | 1627 | 1651 | 1417 |
| 55 | Mark Parrish | Sole Proprietorship | Carman | IL | CD | 74 | 74 | 74 |
| 56 | Merle McCallister | Sole Proprietorship | Sibley | IL | CD | 762 | 741 | 241 |
| 57 | Michael Jilg | Sole Proprietorship | Eldred | IL | CD | 7 | 54 | 7 |
| 58 | Nagel Family Farm | Partnership | Basco | IL | CD | 356.60 | 427.10 | 356.60 |
| 59 | Tom Farraher | Sole Proprietorship | Ohio | IL | CD | 583 | 694 | 607 |
| 60 | Virginia Rohrbach | Sole Proprietorship | Onarga | IL | CD | 53 | 108 | 53 |
| 61 | Baltz Farms Inc. | Corporation | Shorewood | IL | ND | 329 | 201 | 329 |
| 62 | Charles Sanderson | Sole Proprietorship | Kingston | IL | ND | 293.00 | 253.00 | 293.00 |
| 63 | Keith Gonnerman | Sole Proprietorship | St. Charles | IL | ND | 602.00 | 503.00 | 529.00 |
| 64 | Lamoreux Farms Partnership | Partnership | Lanark | IL | ND | 1108 | 994 | 1036 |
| 65 | Mehochko Farms Inc | Corporation | Gardner | IL | ND | 412.00 | 418.00 | 483.00 |
| 66 | Steven Rahn | Sole Proprietorship | Chadwick | IL | ND | 750 | 615 | 725 |
| 67 | Bernard Waldhoff | Sole Proprietorship | Teutopolis | IL | SD | 76 | 71 | 58 |
| 68 | CBT Farms | Partnership | Thompsonville | IL | SD | 99.90 | 117.80 | 138.20 |
| 69 | Charles Gettings | Sole Proprietorship | Thompsonville | IL | SD | 57 | 102 | 168 |
| 70 | Diane & Stanley Rakers Trust | Trust | Aviston | IL | SD | 73 | 82 | 79 |
| 71 | Don Angel | Sole Proprietorship | West York | IL | SD | 36.70 | 19.42 | 43.08 |
| 72 | Donald Zerrusen Revocable Trust | Trust | Teutopolis | IL | SD | 44 | 88 | 44 |
| 73 | Francis Uthell | Sole Proprietorship | Effingham | IL | SD | 0 | 0 | 95 |
| 74 | Gary Angel | Sole Proprietorship | West York | IL | SD | 36.70 | 19.42 | 43.08 |
| 75 | Jerome Farms, Ltd. | Partnership | Martinsville | IL | SD | 600 | 600 | 550 |
| 76 | Joseph Ochs | Sole Proprietorship | Dundas | IL | SD | 46.00 | 75.00 | 72.00 |
| 77 | Mark Angel | Sole Proprietorship | West York | IL | SD | 36.70 | 19.42 | 43.08 |
| 78 | Michael Lockhart | Sole Proprietorship | Lawrenceville | IL | SD | 604.26 | 0.00 | 669.56 |
| 79 | Rick Strole | Partnership | Newton | IL | SD | 40 | 0 | 40 |
| 80 | Sam Stuemke | Sole Proprietorship | Altamont | IL | SD | 31 | 48 | 67 |
| 81 | Flatrock Farms LLC | LLC | Auburn | IN | ND | 49 | 150 | 49 |
| 82 | Harley Houghton | Sole Proprietorship | Rensselaer | IN | ND | 40 | 40 | 40 |
| 83 | John Racop | Sole Proprietorship | Logansport | IN | ND | 68 | 160 | 147 |
| 84 | KM2 Farm | Partnership | Morocco | IN | ND | 78.69 | 35.40 | 78.69 |
| 85 | Marjorie Houghton | Sole Proprietorship | Rensselaer | IN | ND | 95 | 95 | 95 |
| 86 | TLW Farms LLC | LLC | Winamac | IN | ND | 1084 | 973 | 1558 |
| 87 | Bill & Shirley Childs Farm | Other | Greentown | IN | SD | 27 | 0 | 27 |
| 88 | Coverdale Farm Partnership | Partnership | Ciciro | IN | SD | 571 | 789 | 578 |
| 89 | David Schapker | Sole Proprietorship | Evansville | IN | SD | 50 | 50 | 50 |
| 90 | Douglas Beight | Sole Proprietorship | Frankfort | IN | SD | 40 | 43 | 40 |
| 91 | Ernest Waugh | Sole Proprietorship | Eaton | IN | SD | 55 | 0 | 0 |
| 92 | Floyd Piles Jr. | Sole Proprietorship | Franklin | IN | SD | 118 | 0 | 118 |
| 93 | Garth Robertson | Sole Proprietorship | Flat Rock | IN | SD | 111 | 123 | 111 |
| 94 | Karen Reppert | Sole Proprietorship | Frankfort | IN | SD | 46 | 46 | 0 |
| 95 | Keith Hiatt | Sole Proprietorship | Muncie | IN | SD | 328.00 | 364.00 | 235.00 |
| 96 | Mack Davis | Sole Proprietorship | Sharpsville | IN | SD | 38 | 27 | 38 |
| 97 | Mark Stewart | Sole Proprietorship | Sheridan | IN | SD | 28 | 0 | 28 |
| 98 | Michael Sottong | Sole Proprietorship | Tipton | IN | SD | 212 | 80 | 143 |
| 99 | Robert Scheigert | Sole Proprietorship | Shelbyville | IN | SD | 23 | 23 | 23 |
| 100 | Ronald Huffmeyer | Sole Proprietorship | Greensburg | IN | SD | 57 | 59 | 57 |
| 101 | S&A Schoettmer Inc | Corporation | Greensburg | IN | SD | 362 | 399 | 350 |
| 102 | Timothy Hoover | Sole Proprietorship | Tipton | IN | SD | 48.00 | 64.10 | 52.10 |
| 103 | Tretops LLC | LLC | Carmel | IN | SD | 92 | 162 | 92 |
| 104 | Wesley Hooker | Sole Proprietorship | Knightstown | IN | SD | 100 | 100 | 0 |
| 105 | Eugene Koenigs Living Trust | Trust | Wichita | KS | KS | 65 | 0 | 80 |
| 106 | Frank Hagenmaier | Sole Proprietorship | Randolph | KS | KS | 37 | 19 | 27 |
| 107 | Janice Dreiling | Sole Proprietorship | St. John | KS | KS | 90 | 0 | 103 |
| 108 | Kevin Blevins | Sole Proprietorship | Lewis | KS | KS | 322 | 402 | 322 |

| | ENTITY/INDIVIDUAL | TYPE | CITY | STATE | DISTRICT COURT | 2013 Corn Acreage Planted | 2014 Corn Acreage Planted | 2015 Corn Acreage Planted |
|---|---|---|---|---|---|---|---|---|
| 109 | Myrtle C. Fisher Family Trust | Trust | Wichita | KS | KS | 52 | 59 | 59 |
| 110 | Rebecca Medved | Sole Proprietorship | Olathe | KS | KS | 48 | 44 | 52 |
| 111 | Rex Blew Inc | Corporation | Hutchinson | KS | KS | 307 | 385 | 103 |
| 112 | Sporer Farms LLC | LLC | Oakley | KS | KS | 850 | 950 | 850 |
| 113 | Stephen Jefvert Farms LLC | LLC | Shawnee | KS | KS | 57 | 57 | 57 |
| 114 | Wade Farms LLC | LLC | Murray | KY | WD | 1248 | 265 | 1062 |
| 115 | Eschenburg Farms Limited Partnership | Limited Partnership | Almont | MI | ED | 292 | 123 | 317 |
| 116 | Gerard Kubacki | Sole Proprietorship | Ubly | MI | ED | 35 | 34 | 32 |
| 117 | Ronald Parling | Sole Proprietorship | St. Louis | MI | ED | 26 | 18 | 19 |
| 118 | Thomas E. Mulcahy Trust | Trust | Lake Orion | MI | ED | 26 | 20 | 42 |
| 119 | Thompson Family Farm LLC | LLC | Marlette | MI | ED | 107 | 98 | 107 |
| 120 | Eggle Farms | Partnership | Tustin | MI | WD | 57 | 51 | 17 |
| 121 | Harvest Best Farms LLC | LLC | Eau Claire | MI | WD | 224 | 207 | 225 |
| 122 | Cahanes Brothers | Partnership | Stillwater | MN | MN | 80 | 75 | 73 |
| 123 | Floyd Roden | Sole Proprietorship | Emily | MN | MN | 325 | 350 | 254 |
| 124 | J&B Farms | Partnership | Clara City | MN | MN | 86 | 65 | 86 |
| 125 | Jed Wiese | Sole Proprietorship | Correll | MN | MN | 93 | 129 | 80 |
| 126 | John Gorres d/b/a Gorres Farms | Sole Proprietorship | Murdock | MN | MN | 48 | 316 | 147 |
| 127 | Justin Evans | Sole Proprietorship | Jasper | MN | MN | 53 | 66 | 53 |
| 128 | Kurt Schimek | Sole Proprietorship | Willmar | MN | MN | 158 | 50 | 108 |
| 129 | Melvin Bayerl | Sole Proprietorship | Winsted | MN | MN | 396 | 403 | 307 |
| 130 | Roger Reichel | Sole Proprietorship | Staples | MN | MN | 86 | 50 | 32 |
| 131 | Dennis Brown | Sole Proprietorship | Dexter | MO | ED | 160 | 160 | 160 |
| 132 | Garold Droege | Sole Proprietorship | Memphis | MO | ED | 344 | 266 | 178 |
| 133 | Henry Brands & Sons | Partnership | Portageville | MO | ED | 527 | 307 | 541 |
| 134 | Nels Magnuson | Sole Proprietorship | Brookfield | MO | ED | 115 | 85 | 60 |
| 135 | Bruffett Farms LLC | LLC S-Corp | Jasper | MO | WD | 20.00 | 62.00 | 20.00 |
| 136 | Donna Miller | Sole Proprietorship | Grain Valley | MO | WD | 55 | 55 | 55 |
| 137 | J. David Thomspon | Sole Proprietorship | New Bloomfield | MO | WD | 210 | 210 | 160 |
| 138 | Kenneth Weyand | Sole Proprietorship | Kansas City | MO | WD | 78 | 78 | 80 |
| 139 | Marion Gentry | Sole Proprietorship | Kansas City | MO | WD | 79 | 71 | 80 |
| 140 | Mark Dobson | Sole Proprietorship | Lexington | MO | WD | 865.00 | 540.00 | 865.00 |
| 141 | Ryan McQuinn Farms Inc | Corporation | Stanberry | MO | WD | 266 | 432 | 768 |
| 142 | Whispering Wind Farm Inc | Corporation | Rosendale | MO | WD | 137 | 166 | 137 |
| 143 | Cross Country Enterprises LLC | LLC | Bayard | NE | NE | 225 | 165 | 100 |
| 144 | Eugene Placke | Sole Proprietorship | St. Libory | NE | NE | 94 | 0 | 68 |
| 145 | Frederick Von Ohlen | Sole Proprietorship | Chapman | NE | NE | 52 | 52 | 0 |
| 146 | Joyce Myers Trust | Sole Proprietorship | Fremont | NE | NE | 119.80 | 180.30 | 116.30 |
| 147 | JSS, LLC | LLC | Odell | NE | NE | 15 | 23 | 15 |
| 148 | Vaughn L. Pester | Sole Proprietorship | Unadilla | NE | NE | 87 | 46 | 86 |
| 149 | Thomas MacKey | Sole Proprietorship | Valatie | NY | ND | 75 | 34 | 27 |
| 150 | Ronald Schroeder | LLC | Crestline | OH | ND | 504 | 615 | 480 |
| 151 | B-Hut LLC | LLC | Fort Jennings | OH | ND | 70 | 55 | 70 |
| 152 | Bollinger Farms LLC | LLC | Swanton | OH | ND | 100 | 100 | 100 |
| 153 | Creekdale Farm LLC | LLC | Prospect | OH | ND | 473 | 349 | 340 |
| 154 | Darryl Turner | Sole Proprietorship | Kenton | OH | ND | 230 | 264 | 64 |
| 155 | David Bassett | Sole Proprietorship | Lima | OH | ND | 227 | 184 | 208 |
| 156 | Donald Langhals | Sole Proprietorship | Columbus Grove | OH | ND | 325 | 325 | 317 |
| 157 | Eilert Meienburg | LLC | Malinta | OH | ND | 383 | 432 | 316 |
| 158 | Elmview Farms | Partnership | Maria Stein | OH | ND | 65 | 106 | 0 |
| 159 | Fred Zulauf | Sole Proprietorship | Nevada | OH | ND | 446 | 423 | 389 |
| 160 | Gary Siebeneck | Sole Proprietorship | Leipsic | OH | ND | 27 | 33 | 21 |
| 161 | John Mull | Sole Proprietorship | Wauseon | OH | ND | 418 | 413 | 500 |
| 162 | Larry Karhoff | Sole Proprietorship | Ottawa | OH | ND | 53.00 | 77.00 | 80.00 |
| 163 | Larry Lambert | Sole Proprietorship | Defiance | OH | ND | 34 | 28 | 34 |

| | ENTITY/INDIVIDUAL | TYPE | CITY | STATE | DISTRICT COURT | 2013 Corn Acreage Planted | 2014 Corn Acreage Planted | 2015 Corn Acreage Planted |
|---|---|---|---|---|---|---|---|---|
| 164 | Larry Meienburg | Sole Proprietorship | Malinta | OH | ND | 383 | 432 | 316 |
| 165 | Luidhardt Farms LLC | LLC | Bowling Green | OH | ND | 194 | 196 | 184 |
| 166 | Lyle Curry | Sole Proprietorship | Edon | OH | ND | 126 | 140 | 123 |
| 167 | Michael Fusek Jr. | Sole Proprietorship | Canfield | OH | ND | 28 | 47 | 40 |
| 168 | Ned Schroeder | Sole Proprietorship | Ottawa | OH | ND | 242 | 194 | 194 |
| 169 | Nicholas Kremer | Sole Proprietorship | Ft. Recovery | OH | ND | 130 | 129 | 119 |
| 170 | Norman Miller | Sole Proprietorship | Bloomville | OH | ND | 182 | 219 | 193 |
| 171 | Paul Miller | Sole Proprietorship | Upper Sandusky | OH | ND | 172 | 147 | 135 |
| 172 | Pleasant Acres Farms LLC | LLC & Partnership | Louisville | OH | ND | 70 | 65 | 0 |
| 173 | Robert Elwer | Sole Proprietorship | Delphos | OH | ND | 82 | 93 | 82 |
| 174 | Robert Francis | Sole Proprietorship | Bellevue | OH | ND | 100 | 101 | 99 |
| 175 | Ronald Schumm | Sole Proprietorship | Van Wert | OH | ND | 172 | 220 | 175 |
| 176 | Stephen Keller | Sole Proprietorship | Monclova | OH | ND | 77 | 20 | 77 |
| 177 | Steven Crecelius | Sole Proprietorship | Milan | OH | ND | 74 | 75 | 77 |
| 178 | Waterloo Acres LLC | LLC | Arlington | OH | ND | 147 | 106 | 87 |
| 179 | Carrol Thompson, by Kent Thompson, POA | Sole Proprietorship | Arcanum | OH | SD | 101 | 76 | 8 |
| 180 | Darrell Ramsey | Sole Proprietorship | Ridgeway | OH | SD | 848 | 882 | 903 |
| 181 | Howard Malott | Sole Proprietorship | Sardinia | OH | SD | 169 | 170 | 183 |
| 182 | James Doyle | Sole Proprietorship | South Vienna | OH | SD | 97 | 96 | 92 |
| 183 | Joe Fisher | Sole Proprietorship | Cincinnati | OH | SD | 23 | 40 | 23 |
| 184 | Rod Bishop | Sole Proprietorship | Springfield | OH | SD | 550 | 400 | 550 |
| 185 | Russell Shafer Jr | Sole Proprietorship | Urbana | OH | SD | 82 | 110 | 82 |
| 186 | Viola DeVore Revocable Trust | Trust | Columbus | OH | SD | 20 | 20 | 20 |
| 187 | William Freeman Farm | Sole Proprietorship | Fayetteville | OH | SD | 48 | 48 | 42 |
| 188 | Scalf Family Revocable Trust | Trust | Stigler | OK | ED | 110 | 110 | 0 |
| 189 | Joe Wulfekuhle | Sole Proprietorship | New Vienna | OK | ND | 300 | 250 | 220 |
| 190 | Don Jeans | Sole Proprietorship | Blackwell | OK | WD | 105 | 0 | 0 |
| 191 | Allan Wieseler | Sole Proprietorship | Yankton | SD | SD | 40 | 55 | 40 |
| 192 | David Hartmann | Sole Proprietorship | Armour | SD | SD | 181 | 304 | 277 |
| 193 | Jeffery Mohr | Sole Proprietorship | Hosmer | SD | SD | 135 | 175 | 87 |
| 194 | Jeffrey Aukes | Sole Proprietorship | Sioux Falls | SD | SD | 35 | 35 | 35 |
| 195 | Koster's Inc | Corporation | Elkton | SD | SD | 435 | 445 | 125 |
| 196 | Medary Creek Ranch Inc | Corporation | Brookings | SD | SD | 140.00 | 0.00 | 0.00 |
| 197 | Michael Anderson | Sole Proprietorship | Hartford | SD | SD | 50 | 65 | 50 |
| 198 | Ricky Aslesen | Sole Proprietorship | Ortley | SD | SD | 203 | 193 | 158 |
| 199 | Thomas Lichty | Sole Proprietorship | Wessington | SD | SD | 42 | 37 | 30 |
| 200 | Joseph Konkol | Sole Proprietorship | Union City | TN | WD | 85 | 5 | 85 |
| 201 | Hanzlik Farms Inc | Corporation | Waverly | VA | ED | 724 | 652 | 628 |
| 202 | MLL Farms Inc | Corporation | Wapato | WA | ED | 461 | 339 | 368 |
| 203 | Diane Fennema | Sole Proprietorship | Kirkland | WA | WD | 80 | 80 | 80 |
| 204 | Joe & Don Geiser | Partnership | Chilton | WI | ED | 120 | 129 | 126 |
| 205 | Ricky Lohff | Sole Proprietorship | Clintonville | WI | ED | 100 | 110 | 102 |
| 206 | Roger Osterberg | Sole Proprietorship | Niagara | WI | ED | 109 | 81 | 89 |
| 207 | Roman Braun | Sole Proprietorship | Brillion | WI | ED | 33 | 33 | 0 |
| 208 | Thomas Andersen | Sole Proprietorship | Bear Creek | WI | ED | 72 | 67 | 74 |
| 209 | Thomas Weis | Sole Proprietorship | Greenville | WI | ED | 80 | 70 | 80 |
| 210 | ABN Link Farms, LLC | LLC | Columbus | WI | WD | 294 | 340 | 314 |
| 211 | Branick Bros. | Partnership | Eau Claire | WI | WD | 525 | 0 | 0 |
| 212 | Eugene Saule | Sole Proprietorship | Willard | WI | WD | 15 | 48 | 48 |
| 213 | Heisz Brothers Farm | Partnership | Soliders Grove | WI | WD | 165 | 183 | 156 |
| 214 | Jerome Pedretti | Sole Proprietorship | Holman | WI | WD | 72 | 62 | 60 |
| 215 | Randy Krause | Sole Proprietorship | Spencer | WI | WD | 80 | 80 | 80 |
| 216 | Robert Achenbach | Sole Proprietorship | Bloomington | WI | WD | 30 | 0 | 30 |